UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JAN 10 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN ... MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAYABEN NANDUBHAI PATEL

    Defendant.

_____/

Case No. 10-cr-20682
Hon. George Caram Steeh
Magistrate Mark A. Randon

## ORDER ALLOWING APPOINTMENT OF NARINDER KATHURIA AS LEGAL ANALYST/CONSULTANT

This matter having come before the Court and the Court being otherwise fully advised of the premises;

1. George B. Donnini was appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Defendant Mayaben Nandubhai Patel ("Patel") via an Order dated November 1, 2010, court docket document No. 6.

2. Patel is not a U.S. citizen and also does not speak English

3. Narinder Kathuria has been retained as a legal analyst/consultant to provide information and advice regarding immigration consequences associated with this action as well as assistance with communicating with Patel in her native language. Mr. Kathuria's contact information is as follows:

    Narinder Kathuria
    Senior Counsel
    David K. Wenger & Associates
    535 Griswold, Suite 1600
    Detroit, Michigan 48226
    PH: 313.963.3135 FAX: 313.963.5694
    nandi@wengerlaw.com

4. The costs associated with Mr. Kathuria's expert services are anticipated to exceed $800.

5. Therefore it is necessary to petition the Court, in advance, for prior authorization.

6. It is estimated that Mr. Kathuria's services will not exceed $1,600 and he will bill his time at the hourly rate of $125 per hour.

WHEREFORE the Court finds the services of Mr. Kathuria to be necessary under these facts and circumstances and hereby approves the request of defense counsel.

IT IS SO ORDERED.

Dated: 1-10-11

_____
HONORABLE GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

1254851